STATE OF NEW JERSEY v. HENRY B. MILICI.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY HURLING.

February 19, 1982.

Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF PHILIP L. HANAPOLE, D.M.D.

February 19, 1982.

Petition for certification denied.

ALBERT E. ALLEN v. COUNTY OF MONMOUTH.

February 19, 1982.

Petition for certification denied.